PHILLIP A. TALBERT
United States Attorney
EMILY G. SAUVAGEAU
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>GABRIEL QUINTERO,<br><br>            Defendant. | CASE NO. 2:24-MJ-00108<br><br>STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney Emily G. Sauvageau, and defendant Gabriel Quintero, both individually and by and through his counsel of record, Mark Reichel, hereby stipulate as follows:

1.  The Complaint in this case was filed on September 17, 2024, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on September 18, 2024. The court set a preliminary hearing date of October 2, 2024.

2.  By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to October 17, 2024, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, for the government's continuing investigation of the case, and for the parties to discuss initial discovery and potential disposition of the case. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public

and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

    3.    The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between October 2, 2024, and October 17, 2024, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

    IT IS SO STIPULATED.

Dated:  September 20, 2024                        PHILLIP A. TALBERT
                                                    United States Attorney

                                                    /s/ Emily G. Sauvageau
                                                    EMILY G. SAUVAGEAU
                                                    Assistant United States Attorney

Dated:  September 20, 2024                        /s/ Mark Reichel
                                                    MARK REICHEL
                                                    Counsel for Defendant
                                                    Gabriel Quintero

PHILLIP A. TALBERT
United States Attorney
EMILY G. SAUVAGEAU
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GABRIEL QUINTERO,<br><br>Defendant. | CASE NO. 2:24-MJ-00108<br><br>FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on September 20, 2024. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to October 17, 2024, at 2:00 p.m.
2. The time between October 2, 2024, and October 17, 2024, shall be excluded from

calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

     3.    Defendants shall appear at that date and time before the Magistrate Judge on duty.

     IT IS SO ORDERED.

Dated:  September 20, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE